UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIXIN TAO,<br><br>            Plaintiff(s),<br><br>  vs.<br><br>BRIAN LUTZ, et al.,<br><br>            Defendant(s). | Case No. 2:18-cv-03213-RGK-RAO<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On October 25, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) directing plaintiff to file an application for entry of default against defendants based on the proof of service filed at docket entry 6. Plaintiff timely filed the application. On October 31, 2018, a Notice of Deficiency was issued informing the plaintiff of items that needed to be corrected in order to have default reconsidered. On March 13, 2019, a second OSC was issued by the Court directing plaintiff to file an application for entry of default. Plaintiff timely filed the application on March 16, 2019. On March 19, 2019, a Notice of Deficiency was issued stating that corrections were necessary before default could be entered. As of this date, plaintiff has not submitted any further request for default. Therefore, the Court orders the matter dismissed for lack of prosecution without prejudice.

    **IT IS SO ORDERED.**

Dated: April 23, 2019

                                                            R. GARY KLAUSNER<br>
                                                            UNITED STATES DISTRICT JUDGE